NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**LEELAND O. WHITE,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

_____

2013-3146

_____

Petition for review of the Merit Systems Protection Board in No. DA3330120297.

_____

## ON MOTION

_____

## O R D E R

Leeland O. White moves for leave to file his Corrected and Combined Brief with Appendix out of time. The Board moves for a 14-day extension of time, until October 10, 2013, to file its response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

WHITE V. MSPB                                                                    2

The motions are granted.

FOR THE COURT

/s/  Daniel E. O'Toole
    Daniel E. O'Toole
    Clerk

s21